IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DYLAN OBRECHT,
SHELBY STINSON,
RANDY SMITH,
MICHELLE SAMPSON,
McKENZIE STAFFORD and
GRACE GILBERT, individually
and on behalf of all others
similarly situated,

      Plaintiffs,

v.                                                     Case No. 4:15cv46-MW/CAS

CENTRAL GARDEN &
PET COMPANY and
AVODERM NATURAL
PET FOODS,

      Defendants.
_____/

**AMENDED ORDER GRANTING
VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs have filed an Amended Notice of Voluntary Dismissal. ECF No. 20. Because Defendant has previously served an answer, ECF No. 16, this Court treats the *notice* of dismissal as a *motion* for dismissal under Federal Rule of Civil Procedure 41(a)(2). In the unlikely event Defendant opposes the motion, Defendant may file a timely motion to alter or amend the judgment that will be entered based on this order.

1

For these reasons,

IT IS ORDERED:

Plaintiff's motion, ECF No. 20, is **GRANTED.** The clerk must enter judgment stating, "Plaintiffs' claims against all Defendants are dismissed with prejudice. Each party shall each bear its own attorney's fees and costs." The clerk must close the file.

**SO ORDERED on November 19, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**