## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DYLAN OBRECHT, SHELBY STINSON,
RANDY SMITH, MICHELLE SAMPSON
McKENZIE STAFFORD and GRACE
GILBERT, individually and on behalf of
all others similarly situated

      VS                                  CASE NO.  4:15cv46-MW/CAS

CENTRAL GARDEN & PET COMPANY
and AVODERM NATURAL PET FOODS

### JUDGMENT

Plaintiffs' claims against all Defendants are dismissed with prejudice. Each party shall each bear its own attorney's fees and costs.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

                                              /s/ Chip Epperson

November 20, 2015
DATE                                        Deputy Clerk: Chip Epperson